IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

GARRETT DAVIS,                                )
                                             )
      Plaintiff,                      )
                                             )
      v.                              )     CV 325-087
                                             )
THE C.O.R.E. CIVIC; GEORGIA DEPT OF )
CORRECTIONS; THE UNINT MNGERS       )
OF EACH MED DEPT OF COFFEE          )
CORRECTIONAL FACILITY, DOOLY        )
STATE PRISON, JOHNSON STATE         )
PRISON; THE DIRECTORS OF MEDICAL    )
DEPT OF COFFEE CORRECTIONAL         )
FACILITY, DOOLY STATE PRISON,       )
JOHNSON STATE PRISON; THE           )
SUPERVISORS AND/OR DIRECTORS        )
OVER BUSINESS OFFICE FINANCE        )
DEPT OF EACH COFFEE                 )
CORRECTIONAL FACILITY, DOOLY        )
STATE PRISON AND JOHNSON STATE      )
PRISON; DR. LORI PEARSON; NATALIA   )
TODD; TIFFANY WATLEY; WARDEN        )
SAMSON; DEPUTY WARDEN HEAD          )
OF CARE AND TREATMENT AT DOOLY )
STATE PRISON; and MS. STINSON,      )
                                             )
      Defendants.                     )

_____

**O R D E R**

_____

Objections to this Report and Recommendation must be filed by no later than May 26,

2026, must specify each proposed finding of fact and conclusion of law to which objection is

made, must state the bases for each such objection, and must be served upon all parties.  Failure

to file objections by this deadline may result in this Report and Recommendation becoming

the opinion and order of the Court. Devine v. Prison Health Servs., Inc., 212 F. App'x 890, 892 (11th Cir. 2006) (*per curiam*). Failure to object to any proposed finding of fact or conclusion of law waives the right to challenge on appeal the district court's adoption of each such factual finding or legal conclusion. 11th Cir. R. 3-1. The Clerk will submit this Report and Recommendation together with any objections to United States District Judge Dudley H. Bowen, Jr., on May 27, 2026.

Requests for extension of time to file objections shall be filed with the Clerk of Court for consideration by the undersigned. A party may not appeal this Report and Recommendation directly to the United States Court of Appeals for the Eleventh Circuit. Appeals may be made only from a final judgment.

SO ORDERED this 6th day of May, 2026, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

2