IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | |
|---|---|
| GARRETT DAVIS,<br><br>       Plaintiff,<br><br>   v.<br><br>THE C.O.R.E. CIVIC; GEORGIA DEPT OF CORRECTIONS; THE UNINT MNGERS OF EACH MED DEPT OF COFFEE CORRECTIONAL FACILITY, DOOLY STATE PRISON, JOHNSON STATE PRISON; THE DIRECTORS OF MEDICAL DEPT OF COFFEE CORRECTIONAL FACILITY, DOOLY STATE PRISON, JOHNSON STATE PRISON; THE SUPERVISORS AND/OR DIRECTORS OVER BUSINESS OFFICE FINANCE DEPT OF EACH COFFEE CORRECTIONAL FACILITY, DOOLY STATE PRISON AND JOHNSON STATE PRISON; DR. LORI PEARSON; NATALIA TODD; TIFFANY WATLEY; WARDEN SAMSON; DEPUTY WARDEN HEAD OF CARE AND TREATMENT AT DOOLY STATE PRISON; and MS. STINSON,<br><br>       Defendants. | )<br>)<br>)<br>)<br>)<br>)     CV 325-087<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**O R D E R**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** this case without prejudice, and **CLOSES** this civil action.

SO ORDERED this _____ day of June, 2026, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE